

**MEMO ENDORSED**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, 17th Floor
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Evan B. Citron
212.492.2068
evan.citron@ogletree.com

November 2, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/02/2022

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Maddy et al. v. Fekkai Brands LLC*,
1:22-cv-5646

Dear Judge Caproni:

We were recently retained to represent defendant Fekkai Brands LLC ("Defendant") in the above-referenced action. In light of our recent retention, and in accordance with Rule 2.C of Your Honor's Individual Practices, we respectfully write to request (i) an extension of Defendant's time to respond to the Complaint from November 4, 2022 to December 5, 2022; and (ii) an adjournment of the Initial Pretrial Conference ~~that is currently scheduled for November 4, 2022,~~ until December 9, 2022, or some subsequent date that is convenient for the Court. Defendant respectfully submits this request so that it may be afforded additional time to investigate the allegations of the Complaint, and explore a potential resolution with Plaintiff. This is Defendant's first request for the relief sought herein. Although Defendant contacted Plaintiff to ascertain their position on this application, Defendant had not received a response as of the time of this filing.

Thank you for Your Honor's consideration of these requests.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

53606336.v1-OGLETREE

The Honorable Valerie E. Caproni
November 2, 2022
Page 2 of 2

                          Respectfully submitted,

                          OGLETREE, DEAKINS, NASH,
                           SMOAK & STEWART, P.C.

                        By:    */s/ Evan B. Citron*
                                Evan B. Citron

cc:    All counsel of record (by ECF)

---

Application GRANTED.  Defendant's deadline to answer or move to dismiss is hereby extended from Friday, November 4, 2022, until **Monday, December 5, 2022**.  The Initial Pretrial Conference previously adjourned *sine die*, is hereby rescheduled for **Friday, December 9, 2022, at 10:00 A.M.**  The parties must submit a joint letter as set forth in Dkt. 5 not later than **Thursday, December 1, 2022**.

SO ORDERED.

*[signature]*  11/2/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE