USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
VERONICA MADDY, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

FEKKAI BRANDS LLC,

                Defendant.
------------------------------------------------------------- X

22-CV-5646(VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 28, 2022, the Court entered an order to show cause, Dkt. 7 (the "Order"); and

    WHEREAS the Order was entered in error;

    IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to strike the Order from the docket.

**SO ORDERED.**

Date: November 9, 2022
      New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**