**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, 17th Floor
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

# Ogletree Deakins

Evan B. Citron
212.492.2068
evan.citron@ogletree.com

**MEMO ENDORSED**

December 2, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2022

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

 Re: *Maddy et al. v. Fekkai Brands LLC*,
  1:22-cv-5646

Dear Judge Caproni:

 We represent Fekkai Brands LLC ("Defendant") in the above-referenced action. On behalf of all parties, and in accordance with Rule 2.C of Your Honor's Individual Practices, we respectfully write to request an adjournment of the Initial Pretrial Conference that is currently scheduled for December 9, 2022, until January 13, 2022, or some subsequent date that is convenient for the Court. The parties respectfully submit this request so that they may be afforded additional time to explore a potential resolution of this matter. This is the parties' first joint request for an adjournment of the Initial Pretrial Conference.

 In light of the parties' interest in continuing to explore a potential resolution, Defendant additionally respectfully requests an extension of its time to respond to the Complaint from December 5, 2022, until January 9, 2022. This marks Defendant's second request for such relief, to which Plaintiff consents.

 Thank you for Your Honor's consideration of these requests.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

The Honorable Valerie E. Caproni
December 2, 2022
Page 2 of 2

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By:____ /s/ Evan B. Citron_____
              Evan B. Citron

cc:      All counsel of record (by ECF)

Application GRANTED.  The pre-trial conference
scheduled for Friday, December 9, 2022 at 10:00 A.M. is
hereby adjourned until **Friday, January 13, 2023 at 10:00
A.M.**  The parties must submit a joint letter as set forth in
Dkt. 5 not later than **Thursday, January 5, 2023**.
Defendant's deadline to answer or move to dismiss is
hereby extended from Monday, December 5, 2022 until
**Monday, January 9, 2023**.

SO ORDERED.

12/02/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE