**MEMO ENDORSED**



OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Ave, 17th Floor
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Evan B. Citron
212.492.2068
evan.citron@ogletree.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/15/2023

May 12, 2023

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Maddy et al. v. Fekkai Brands LLC*,
             1:22-cv-5646

Dear Judge Caproni:

      We represent Fekkai Brands LLC ("Defendant") in the above-referenced action. On behalf of all parties, and in accordance with Rule 2.C of Your Honor's Individual Practices, we respectfully write to request an adjournment of the Initial Pretrial Conference scheduled for May 19, 2023, until June 2, 2023, or some subsequent date that is convenient for the Court. The parties respectfully submit this request so that they may be afforded additional time to permit their ongoing, constructive settlement discussions to reach their conclusion. This is the parties' second joint request for an adjournment of the Initial Pretrial Conference.

      Thank you for Your Honor's consideration of this request.

      Respectfully submitted,

      OGLETREE, DEAKINS, NASH,
       SMOAK & STEWART, P.C.

      By:   */s/ Evan B. Citron*
             Evan B. Citron

cc:   All counsel of record (by ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

Application GRANTED. The pre-trial conference scheduled for Friday, May 19, 2023 at 10:00 A.M. is hereby adjourned until **Friday, June 2, 2023 at 10:00 A.M.** The parties must submit a joint letter as set forth at Dkt. 16 not later than **Thursday, May 25, 2023**. **The Court is unlikely to grant any further extension requests.**

SO ORDERED.

*[signature]*   05/15/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE